# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACQUITA A. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION )<br>OFFICE OF DISABILITY ADJUDICATION )<br>& REVIEW, )<br>)<br>Defendant. ) | Case No. CIV-18-551-BMJ |

## ORDER

Plaintiff, Jacquita A. Thomas, appearing pro se and in forma pauperis, brought this action challenging the Social Security Office of Disability Adjudication & Review's determination of her request for Social Security disability benefits. The matter was referred to United States Magistrate Judge Bernard M. Jones pursuant to *In re: Social Security Cases*, GO 16-4 (W.D. Okla.) (eff. Jan. 1, 2017). On October 30, 2018, Judge Jones issued an Amended Report and Recommendation ("R&R" or "Report") [Doc. No. 9] in which he recommended that the Court dismiss the Complaint [Doc. No. 1] without prejudice for failure to serve Defendant in compliance with the Federal Rules of Civil Procedure. R&R at 1-2, 3.

Judge Jones advised Plaintiff that any objections were to be filed on or before November 20, 2018 and cautioned Plaintiff that a failure to object would result in waiver of the factual and legal findings made in the Report. *Id.* at 3-4. To date, Plaintiff has failed to file an objection or seek an extension of time to do so. Accordingly, the R&R is hereby

accepted and **ADOPTED** as though fully set forth herein and Plaintiff's Complaint [Doc. No. 1] is dismissed without prejudice.

**IT IS SO ORDERED** this 26th day of November, 2018.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE